IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEY VERBOS,

     Petitioner,                   No. CIV S-06-0750 LKK CMK P

   vs.

STEVE MOORE, Warden (A), et al.,

     Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1   2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.

4 DATED: April 17, 2006.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE