IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEY VERBOS

    Petitioner,                                No. CIV S-06-0750 LKK  CMK P

    vs.

STEVE MOORE, Warden,

    Defendant.                          <u>FINDINGS & RECOMMENDATIONS</u>

        Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus. Petitioner has not paid the filing fee or requested to proceed in forma pauperis. By order filed April 18, 2006, the court directed petitioner to either submit a request to proceed in forma pauperis or to pay the appropriate filing fee. To date, petitioner has done neither. Petitioner was warned that his failure to comply with the court's order would result in a recommendation that his habeas application be dismissed without prejudice.

///
///
///
///
///

1

1     IT IS RECOMMENDED that petitioner's application for a writ of habeas corpus
2 be dismissed without prejudice.
3     These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
9 1153 (9th Cir. 1991).

DATED:  May 25, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2