IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEY VERBOS,

      Petitioner,                    No. CIV S-06-0750 LKK CMK

      vs.

STEVE MOORE, Warden, et al.,

      Respondents.

_____/      <u>ORDER</u>

      Petitioner, a state prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On May 26, 2006, the court filed findings and recommendations recommending that this action be dismissed for petitioner's failure to file a request to proceed in forma pauperis or to pay the appropriate filing fee. The findings and recommendations were served on plaintiff. The docket reflects that on June 1, 2006, petitioner paid the filing fee.

      Accordingly, the findings and recommendations filed on May 26, 2006 are vacated.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on May 26, 2006 (doc. 4) are vacated;

2. Respondents are directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED: June 2, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE