IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEY VERBOS,

      Petitioner,                                  No. CIV S-06-0750 LKK CMK P

      vs.

STEVE MOORE, Warden.

      Respondent.

_____/              ORDER

        Pursuant to an order of the court, petitioner filed a status report on October 23, 2006. In such, petitioner's appointed counsel advised that she needed more time to review petitioner's prison file and to determine what, if any, additional pleadings should be filed on petitioner's behalf. Petitioner's counsel requests that the court allow sixty days, up to and including, December 22, 2006 for further investigation. Respondent's counsel has indicated that she has no objection to the request for additional time. (Doc. 14-1.)

        IT IS ORDERED THAT:

        1. Petitioner is granted sixty days, up to and including, December 22, 2006, for further investigation.

        2. On or before December 22, 2006, petitioner shall file either (1) a statement indicting that he will stand on the existing petition; (2) a request for leave to file an amended petition and/or amended traverse proceeding on exhausted claims only, with supporting

1  memoranda of points and authorities or; (3) a statement identifying both exhausted and
2  unexhausted claims that demonstrates good cause for failure to exhaust state court remedies and
3  sets forth petitioner's intention to pursue the unexhausted claims.

5  DATED: October 25, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE