IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEY VERBOS,

          Petitioner,

    v.

STEVE MOORE, Warden,

          Respondent.

No. CIV S-06-750 LKK CMK

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

      Pursuant to the Stipulation for Dismissal of Petition for Writ of Habeas Corpus filed by the parties on December 20, 2006, IT IS ORDERED THAT the petition in this case is hereby dismissed.

DATED:   January 3, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE